# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

Case Number: 2:05cr8

UNITED STATES OF AMERICA )
    Plaintiff, )
Vs. )
    )  **ORDER**
FREEMAN DARRELL WELCH )
    Defendant )

FILED IN COURT BRYSON CITY, N. C.
AUG 1 5 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 15 th day of August 2005.

_____
United States Judge Presiding